8929. THOMPSON *v.* MARIETTA TRUST & BANKING COMPANY.

JENKINS, J.  1. The court did not err in allowing the amendment to the plea and answer.

2. This case is here on a direct bill of exceptions in which the only as-

signment of error, other than that disposed of above, is that the court erred in awarding a nonsuit. No proper brief of the evidence is in the bill of exceptions, or made a part of the record; and the case is controlled by the ruling made in *Tidwell* v. *Alabama Great Southern R. Co.*, 20 *Ga. App.* 826 (93 S. E. 511). See also Civil Code (1910), §§ 6140, 6141; *Crumbley* v. *Brooke*, 135 *Ga.* 723 (70 S. E. 655); *Cunningham* v. *Strom*, 8 *Ga. App.* 87 (68 S. E. 616).

> *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
> DECIDED DECEMBER 14, 1917.

Trover; from Cobb superior court—Judge Searcy presiding. April 24, 1917.

*A. E. Wilson, J. Z. Foster,* for plaintiff.

*D. W. Blair,* for defendant.

